NOT RECOMMENDED FOR PUBLICATION
File Name: 22a0414n.06

No. 22-1114

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| FADI ABI FAKHREDDINE and OLD JOY INVESTMENT COMPANY, INC., | ) ) ) | |
| Plaintiffs - Appellants, | ) ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN |
| v. | ) ) ) | |
| ERIC SABREE, | ) ) | |
| Defendant-Appellee. | ) ) | OPINION |

Before: SUTTON, Chief Judge; BOGGS and KETHLEDGE, Circuit Judges.

PER CURIAM. Fadi Abi Fakhreddine appeals the district court's dismissal of his takings claims under the U.S. Constitution against Wayne County and its Treasurer, Eric Sabree. For the reasons stated in *Hall v. Meisner*, No. 21-1700, slip op. (6th Cir. Oct. 13, 2022), we reverse the district court's dismissal and remand with instruction to proceed in accordance with that decision.